IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MODERN TECHNOLOGIES GROUP, INC., | : <br> : <br> : |
| Plaintiff, | : Civil No. 05-5919 (RBK) <br> : |
| v. | : **ORDER** <br> : |
| CARL BERGMAN, | : <br> : |
| Defendant. | : <br> : |

THIS MATTER having come before the Court upon motion (Docket Entry No. 21) by plaintiff Modern Technologies Group, Inc. ("Plaintiff"), seeking default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) against defendant Carl Bergeman ("Defendant"), incorrectly identified in the caption as Carl Bergman; and the Court having considered the moving papers and there being no opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that Plaintiff's motion is **GRANTED**; and

IT IS FURTHER **ORDERED** that judgment be entered for Plaintiff and against Defendant in the amount of $364,312.56, plus continuing interest of 1.5% per month.

Dated: July 9, 2007                                                        s/ Robert B. Kugler
                                                                                                ROBERT B. KUGLER
                                                                                                United States District Judge